UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- X
Penn-Star Insurance Company,                :

        Plaintiff and Counterclaim-   :
        Defendant,

  -against-                                 :  CASE NO. CV-17-5047 (NGG)

Maintenance Asset Management Inc., Daniel   :  **AFFIDAVIT OF SERVICE**
McElhatton and Declan McElhatton,
                                            :
        Defendants and
        Counterclaim-Plaintiffs.        :
---------------------------------------- X
STATE OF NEW YORK    )
                        ss:
COUNTY OF NEW YORK  )

I, Nelson Vargas, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Queens County, New York.

2. On August 17, 2018, I served a true and correct copy of the:

    **(i) DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET 5, AND (ii) DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET 6.**

to be served upon the following via Federal Express Overnight Mail:

                        Brad C. Westlye
                        Attorney at Law
                        225 East 96th Street 6R
                        New York, New York 10128

               *Attorneys for Penn-Star Insurance Company*

140943424.1

- 2 -

by depositing a true copy thereof, in a properly addressed wrapper. Said Federal Express delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery.

Dated: August 17, 2018

                                                                                                Nelson Vargas

Sworn to before me this
17th day of August 2018

Notary Public

DANIELLE RENEE NELSON
Notary Public, State of New York
No. 01NE6357583
Qualified in Kings County
Commission Expires April 24, 2021

140943424.1